```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KOLMAR AMERICAS INC.,                   :      14 Civ. 948 (SHS)

                Plaintiff,        :      ORDER FOR INITIAL
                                          PRETRIAL CONFERENCE

-against-                               :

FUSION RENEWABLES LLC,                  :

                Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        This case has been assigned to this Court for all purposes. Counsel for all parties are required to register promptly as filing users in accordance with the SDNY Electronic Case Filing Rules & Instructions.

        Counsel are directed to appear in courtroom 23A on April 10, 2014, at 04:30 p.m. for an initial pretrial conference pursuant to Fed. R. Civ. P. 16. At that time, counsel for all parties must appear prepared to discuss the progress of the case and the scheduling of discovery proceedings, any dispositive motions, the feasibility of settlement or alternative dispute resolution, the dates for future conferences, and the submission of a joint pretrial order.

        Plaintiff's counsel is directed to send a copy of this Order to defendant's counsel.

        Attorneys are directed to consult the Electronic Case Filing Rules & Instructions and Judge Stein's Individual Rules with respect to procedures for matters assigned to him.

Dated: New York, New York
       February 21, 2014

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.